## CHRISTOPHER WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Christopher Williams' petition for certification for appeal from the Appellate Court, 133 Conn. App. 96 (AC 32965), is denied.

*Laljeebhai R. Patel,* assigned counsel, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided February 21, 2012

## MELVIN THOMPSON *v.* VERNON J. LEFTRIDGE, JR., ET AL.

The defendant's petition for certification for appeal from the Appellate Court (AC 33271) is denied.

*Vernon J. Leftridge, Jr.,* pro se, in support of the petition.

Decided February 21, 2012

## US BANK, N.A. *v.* MARY ELEANOR O'BRIEN ET AL.

The petition by the defendant Daniel E. O'Brien for certification for appeal from the Appellate Court (AC 33728) is denied.

*Daniel E. O'Brien,* pro se, in support of the petition.

Decided February 21, 2012